UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
DIRK EPPERSON and :
BETTY SCHNEIDER, : CIVIL ACTION NO.
                 Plaintiffs, : 3:01CV1798(AWT)
:
      v. :
:
IRVIN RICHTER, HILL :
INTERNATIONAL, INC., HILL ARTS & :
ENTERTAINMENT SYSTEMS, INC. :
n/k/a HAESI SOFTWARE, INC., :
                 Defendants : JANUARY 21, 2005
_____:

## JOINT MOTION TO EXTEND THE DEADLINE FOR SUBMITTING TRIAL MEMORANDUM

     Plaintiffs and Defendants jointly request that the deadline for complying with this Court's Amended Trial Memorandum Order filed January 12, 2005 be extended until March 31, 2005. Currently, Plaintiffs and Defendants' trial memorandum is due on January 28, 2005. Plaintiffs and Defendants require additional time to comply with the Amended Trial Memorandum because of the extensive nature of the submissions required by the Amended Trial Memorandum Order and because of other commitments that Plaintiffs and Defendants' counsel have between this date and March 31, 2005.

     This is the first request for an extension of time to comply with the Amended Trial Memorandum Order requested by either Plaintiffs or Defendants.

939055.doc

WHEREFORE, Plaintiffs and Defendants respectfully request that the date for complying with the Court's Amended Trial Memorandum Order be extended until March 31, 2005.

    Respectfully Submitted.

    DEFENDANTS,
    IRVIN RICHTER, and HILL INTERNATIONAL, INC.

By:   /s/ Carolyn W. Kone
    Carolyn W. Kone (ct06207)
    BRENNER, SALTZMAN & WALLMAN LLP
    Their Attorneys
    271 Whitney Avenue, P.O. Box 1746
    New Haven, CT 06507-1746
    Tel. (203) 772-2600
    Fax: (203) 772-4008

939055.doc

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 21st day of January, 2005, upon:

Robert Sullivan, Esq.
190 Main Street
Westport, CT 06880

    /s/ Carolyn W. Kone
    Carolyn W. Kone

939055.doc