

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 24 A 11: 16
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DIRK EPPERSON and<br>BETTY SCHNEIDER,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>IRVIN RICHTER, HILL<br>INTERNATIONAL, INC., HILL ARTS &<br>ENTERTAINMENT SYSTEMS, INC.<br>n/k/a HAESI SOFTWARE, INC.,<br>　　　　　　Defendants | CIVIL ACTION NO.<br>3:01CV1798(AWT)<br><br><br><br><br><br>JANUARY 21, 2005 |

### JOINT MOTION TO EXTEND THE DEADLINE
### FOR SUBMITTING TRIAL MEMORANDUM

Plaintiffs and Defendants jointly request that the deadline for complying with this Court's Amended Trial Memorandum Order filed January 12, 2005 be extended until March 31, 2005. Currently, Plaintiffs and Defendants' trial memorandum is due on January 28, 2005. Plaintiffs and Defendants require additional time to comply with the Amended Trial Memorandum because of the extensive nature of the submissions required by the Amended Trial Memorandum Order and because of other commitments that Plaintiffs and Defendants' counsel have between this date and March 31, 2005.

This is the first request for an extension of time to comply with the Amended Trial Memorandum Order requested by either Plaintiffs or Defendants.

**Extension GRANTED, to and including March 31, 2005. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   4/8/05

939055.doc