UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER  :
: No.3:01CV1798 (AWT)
　　　　　Plaintiffs　　:
:
　　　　v.　　　　　　　　:
:
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT　　 :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.　　　　　　　　　　　　　　　　　 : April 14, 2005
　　　　　Defendants  　:
-------------------------------------------------------

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

By and through undersigned counsel, Plaintiffs respectfully request that the court enlarge to May 15, 2005, the deadline for filing the trial memorandum.

In support of this motion, Plaintiffs represent:

1.　On January 21, 2005 counsel for Defendants filed the parties' Joint Motion to Extend the Deadline for Submitting Trial Memorandum, requesting that the court extend to March 31, 2005, their deadline for filing said memorandum.

2.　By March 29, 2005, notwithstanding the expenditure of significant effort in this and related action No. 3:99CV0778, it was apparent to counsel that more time would be needed to file the memorandum. Not having received a response from the court on the first request, however, and not wishing to presume that the court would be receptive to the request, undersigned counsel contacted chambers that date to advise that no response had been received, and to alert the court to the need for additional time.

3. Due to a crushing series of deadlines (including the filing by the undersigned on April 12, 2005 of Appellants' brief in the U.S. Court of Appeals for the Second Circuit in said related case) undersigned counsel inadvertently failed to file the motion seeking the additional time enlargement about which he had contacted chambers.

4. The nature of the submissions required by the Amended Trial Memorandum Order filed January 12, 2005 is extensive. Significant effort has been expended, however, on both this and said related matter. Additionally, as was indicated in counsel's call to chambers, the parties intend to make one additional attempt to settle both matters before the filing is finally due.

5. For all of the reasons set forth herein, the Plaintiffs respectfully request that the court extend, through May 15, 2005, the time for filing the Joint Trial Memorandum, and that the request be granted nunc pro tunc to March 31, 2001.

6. This is the second request for an extension of time to comply with the Amended Trial Memorandum Order. Counsel for Defendants consents to the granting of this motion.

WHEREFORE, it is respectfully requested that the date for complying with the Court's Amended Trial Memorandum Order be extended until May 15, 2005.

    Respectfully submitted,
    THE PLAINTIFFS

By _____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969

## **CERTIFICATION**

  This is to certify that a copy hereof was mailed first class, postage prepaid, on April 14, 2005 to the following:

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

                   _____
                   Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969