88

FILED
2005 APR 15  A 11: 00
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DIRK EPPERSON and BETTY SCHNEIDER  :
: No.3:01CV1798 (AWT)
Plaintiffs  :
:
v.  :
:
IRVIN RICHTER, HILL INTERNATIONAL,  :
INC., HILL ARTS & ENTERTAINMENT  :
SYSTEMS, INC. n/k/a HAESI SOFTWARE,  :
INC.  : April 14, 2005
Defendants  :

---

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME
## TO FILE TRIAL MEMORANDUM

By and through undersigned counsel, Plaintiffs respectfully request that the court enlarge to May 15, 2005, the deadline for filing the trial memorandum.

In support of this motion, Plaintiffs represent:

1. On January 21, 2005 counsel for Defendants filed the parties' Joint Motion to Extend the Deadline for Submitting Trial Memorandum, requesting that the court extend to March 31, 2005, their deadline for filing said memorandum.

2. By March 29, 2005, notwithstanding the expenditure of significant effort in this and related action No. 3:99CV0778, it was apparent to counsel that more time would be needed to file the memorandum. Not having received a response from the court on the first request, however, and not wishing to presume that the court would be receptive to the request, undersigned counsel contacted chambers that date to advise that no response had been received, and to alert the court to the need for additional time.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969

---

Extension GRANTED, nunc pro tunc, to and including May 16, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/4/05