UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER    :
: No.3:01CV1798 (AWT)
         Plaintiffs    :
:
       v.    :
:
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT    :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.    : May 13, 2005
         Defendants    :
---------------------------------------------------

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

    Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend, to July 15, 2005 the currently-set deadline of May 16, 2005, for filing the trial memorandum.

    In support of this motion, plaintiffs represent:

    1.    The subject litigation is complex matter involving a significant number of documents, as well as witnesses in Connecticut, New Jersey and California.

    2.    In addition, undersigned counsel is currently preparing a trial memorandum, also due on May 16, 2005, in the matter of <u>Emerald Financial Corp. v. Town of Trumbull et al</u>, Docket No. CV 00-0379172S. That matter is set down on the Complex Litigation Docket for a confirmed jury selection date of June 14, 2005.

    3.    Significant effort has already been expended in the preparation of the trial memorandum. Additional effort, however, is required.

4. Undersigned counsel has discussed this request, in detail, with Carolyn Kone, attorney for defendants. Ms. Kone has advised counsel that she does not object to the granting of the subject motion.

5. This is second individual request for enlargement of the deadline. An earlier, joint request was made by plaintiffs and defendants.

Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended by 30 days to July 15, 2005.

        Respectfully submitted,
        THE PLAINTIFFS


        By_____
        Robert J. Sullivan, Jr.
        LAW OFFICES OF ROBERT SULLIVAN
        190 Main Street
        Westport, CT 06880
        Tel. No. (203) 227-1404
        Federal Bar Number CT08969

## CERTIFICATION

      This is to certify that a copy hereof was mailed first class, postage prepaid, on May 13, 2005 to the following:

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

                                                                                                 _____
                                                                                                    Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969