UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DIRK EPPERSON and BETTY SCHNEIDER  :
:  No.3:01CV1798 (AWT)
Plaintiffs  :
:
v.  :
:
IRVIN RICHTER, HILL INTERNATIONAL,  :
INC., HILL ARTS & ENTERTAINMENT  :
SYSTEMS, INC. n/k/a HAESI SOFTWARE,  :
INC.  :  May 13, 2005
Defendants  :

---

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend, to July 15, 2005 the currently-set deadline of May 16, 2005, for filing the trial memorandum.

In support of this motion, plaintiffs represent:

1. The subject litigation is complex matter involving a significant number of documents, as well as witnesses in Connecticut, New Jersey and California.

2. In addition, undersigned counsel is currently preparing a trial memorandum, also due on May 16, 2005, in the matter of <u>Emerald Financial Corp. v. Town of Trumbull et al</u>, Docket No. CV 00-0379172S. That matter is set down on the Complex Litigation Docket for a confirmed jury selection date of June 14, 2005.

3. Significant effort has already been expended in the preparation of the trial memorandum. Additional effort, however, is required.

[Margin annotation: MOTION GRANTED, to and including July 15, 2005. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 5/24/05]

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969