UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER  :
: No.3:01CV1798 (AWT)
Plaintiffs :
:
v. :
:
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC. : July 15, 2005
Defendants :
---------------------------------------------------

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend, to September 6, 2005 the currently-set deadline of July 15, 2005, for filing the trial memorandum.

In support of this motion, plaintiffs represent:

1. The subject litigation is complex matter involving a significant number of documents, as well as witnesses in Connecticut, New Jersey and California.

2. In addition, undersigned counsel began jury selection on June 14, 2005 in the matter of Emerald Financial Corp. v. Town of Trumbull et al, Docket No. CV 00-0379172S on the Waterbury Superior Court Complex Litigation Docket. That matter concluded on June 28, 2005.

3. Significant effort has already been expended in the preparation of the trial memorandum. Additional effort, however, is required.

4.   Undersigned counsel has discussed this request, in detail, with Carolyn Kone, attorney for defendants.  Ms. Kone has advised counsel that she does not object to the granting of the subject motion.

5.   This is third individual request for enlargement of the deadline.  An earlier, joint request was made by plaintiffs and defendants.

Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended September 6, 2005, 2005.

                                              Respectfully submitted,
                                              THE PLAINTIFFS


                                              By_____
                                                Robert J. Sullivan, Jr.
                                                LAW OFFICES OF ROBERT SULLIVAN
                                                190 Main Street
                                                Westport, CT 06880
                                                Tel. No. (203) 227-1404
                                                Federal Bar Number CT08969

## **CERTIFICATION**

      This is to certify that a copy hereof was mailed first class, postage prepaid, on July 15, 2005 to the following:

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

                                                                                                                _____

                                                                                                        Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969