

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DIRK EPPERSON and BETTY SCHNEIDER    :
                                            :    No. 3:01CV1798 (AWT)
              Plaintiffs    :

v.    :

IRVIN RICHTER, HILL INTERNATIONAL,    :
INC., HILL ARTS & ENTERTAINMENT    :
SYSTEMS, INC. n/k/a HAESI SOFTWARE,    :
INC.    :    July 15, 2005
              Defendants    :

---

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO FILE TRIAL MEMORANDUM

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend, to September 6, 2005 the currently-set deadline of July 15, 2005, for filing the trial memorandum.

In support of this motion, plaintiffs represent:

1. The subject litigation is complex matter involving a significant number of documents, as well as witnesses in Connecticut, New Jersey and California.

2. In addition, undersigned counsel began jury selection on June 14, 2005 in the matter of <u>Emerald Financial Corp. v. Town of Trumbull et al</u>, Docket No. CV 00-0379172S on the Waterbury Superior Court Complex Litigation Docket. That matter concluded on June 28, 2005.

3. Significant effort has already been expended in the preparation of the trial memorandum. Additional effort, however, is required.

*Extension granted up to and including September 6, 2005. it is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 8/1/05*

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969