FILED

2005 SEP -7 A 11: 19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---
DIRK EPPERSON and BETTY SCHNEIDER   :
                               Plaintiffs      :   No. 3:01CV1798 (AWT)

v.                :

IRVIN RICHTER, HILL INTERNATIONAL,   :
INC., HILL ARTS & ENTERTAINMENT   :
SYSTEMS, INC. n/k/a HAESI SOFTWARE,   :
INC.                                           :   September 6, 2005
                              Defendants   :
---

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to November 11, 2005, the currently-set deadline for filing the trial memorandum.

In support of this motion, plaintiffs represent:

1. This case involves a complex commercial matter. In addition to a substantial number of corporate records relating to multiple entities spanning a period of five-seven years, the records of at least five separate court proceedings (Epperson v. Hill Arts, et al. 3:95CV2131 (DJS); Epperson v. Entertainment Express et al., Docket No. 3:99CV0778 (DJS); Epperson v. Irvin Richter et al., Docket No. 1:99CV3053 (SSB); Epperson v. Tickets.com et al., Case No. 00CC06393; Epperson v. Irvin Richter et al., Docket No.3:01CV1798 (AWT)); plus two appeals to the U.S. Court of Appeals for the Second Circuit (Epperson v. Entertainment Express et al., Docket No. 00-7567; and

Epperson et al. v. Entertainment Exp. et al., Docket No. 04-5772) are, in one form or another, involved in the compilation of the exhibits in this case now set for trial.

    2.    Counsel for both Parties have either completed or substantially completed the gathering of the relevant documents which they intend to introduce as exhibits. Counsel for both parties have compared their schedules for the upcoming weeks in anticipation of exchanging exhibit lists and proposed stipulations of facts, both of which are expected to be substantial. Both counsel have targeted the week beginning October 17, 2005 for the exchange of the relevant documents and stipulations, as well as all other meet and confer requirements contemplated by the rules.

    3.    This is fourth individual request for enlargement of the deadline. An earlier, joint request was made by plaintiffs and defendants. Carolyn Kone, attorney for defendants, has no objection to this request.

Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended November 11, 2005.

Respectfully submitted,
THE PLAINTIFFS

By _____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, CT 06880
Tel. No. (203) 227-1404
Federal Bar Number CT08969

**Extension GRANTED, to and including November 21, 2005. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    9/9/05

-2-