# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

# APPEARANCE

| | |
|---|---|
| DIRK EPPERSON and<br>BETTY SCHNEIDER,<br>    Plaintiff,<br><br>v.<br><br>IRVIN RICHTER, HILL<br>INTERNATIONAL, INC., HILL ARTS &<br>ENTERTAINMENT SYSTEMS, INC.<br>n/k/a HAESI SOFTWARE, INC.<br>    Defendant. | Case No. 3:01-CV-1798 (DJS) |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Irvin Richter & Hill International, Inc.


October 14, 2005    /s/ Victoria P. Hackett
Date                Signature

CT 26595                          Victoria P. Hackett
Connecticut Federal Bar Number    Print Clearly or Type Name

(203) 772-2600      271 Whitney Avenue
Telephone Number    Address

(203) 772-4008      New Haven, CT 06511
Fax Number

vhackett@bswlaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 14th day of October, 2005 via United States first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Robert Sullivan, Esq.
190 Main Street
Westport, CT  06880

/s/ Victoria P. Hackett
Victoria P. Hackett (ct26595)