UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DIRK EPPERSON and BETTY SCHNEIDER : | |
| : | No.3:01CV1798 (AWT) |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| IRVIN RICHTER, HILL INTERNATIONAL, : | |
| INC., HILL ARTS & ENTERTAINMENT : | |
| SYSTEMS, INC. n/k/a HAESI SOFTWARE, : | |
| INC. : | November 21, 2005 |
| Defendants : | |

---

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to January 31, 2006, the currently-set deadline for filing the trial memorandum. In support of this motion, plaintiffs represent:

1. This case involves a complex commercial matter. In addition to a substantial number of corporate records relating to multiple entities spanning a period of five-seven years, the records of at least five separate court proceedings (Epperson v. Hill Arts, et al. 3:95CV2131 (DJS); Epperson v. Entertainment Express et al., Docket No. 3:99CV0778 (DJS); Epperson v. Irvin Richter et al., Docket No. 1:99CV3053 (SSB); Epperson v. Tickets.com et al., Case No. 00CC06393; Epperson v. Irvin Richter et al., Docket No.3:01CV1798 (AWT)); plus two appeals to the U.S. Court of Appeals for the Second Circuit (Epperson v. Entertainment Express et al., Docket No. 00-7567; and Epperson et al. v. Entertainment Exp. et al., Docket No. 04-5772) are, in one form or another, involved in the compilation of the exhibits in this case now set for trial.

2. Counsel for both Parties have completed the gathering of the relevant documents which they intend to introduce as exhibits. While both counsel have worked diligently to complete the comprehensive analysis required for final submission of the memorandum, additional time is needed. The date being requested is based upon a fair analysis of their respective schedules.

3. This is the fifth individual request for enlargement of the deadline; there was an earlier joint request made by both plaintiffs and defendants. Carolyn Kone, attorney for defendants, has no objection to this request.

Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended January 31, 2006.

        Respectfully submitted,
        THE PLAINTIFFS


By___s/_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969

## **CERTIFICATION**

      This is to certify that a copy hereof was mailed first class, postage prepaid, on November 21, 2005 to the following:

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

                                            s/
                                            _____
                                            Robert J. Sullivan, Jr.