97



FILED
2005 NOV 21 P 2 37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DIRK EPPERSON and BETTY SCHNEIDER :
: No. 3:01CV1798 (AWT)
　　　　　　Plaintiffs :
:
v. :
:
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC. : November 21, 2005
　　　　　　Defendants :

---

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME
## TO FILE TRIAL MEMORANDUM

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to January 31, 2006, the currently-set deadline for filing the trial memorandum. In support of this motion, plaintiffs represent:

1. This case involves a complex commercial matter. In addition to a substantial number of corporate records relating to multiple entities spanning a period of five-seven years, the records of at least five separate court proceedings (Epperson v. Hill Arts, et al. 3:95CV2131 (DJS); Epperson v. Entertainment Express et al., Docket No. 3:99CV0778 (DJS); Epperson v. Irvin Richter et al., Docket No. 1:99CV3053 (SSB); Epperson v. Tickets.com et al., Case No. 00CC06393; Epperson v. Irvin Richter et al., Docket No.3:01CV1798 (AWT)); plus two appeals to the U.S. Court of Appeals for the Second Circuit (Epperson v. Entertainment Express et al., Docket No. 00-7567; and Epperson et al. v. Entertainment Exp. et al., Docket No. 04-5772) are, in one form or another, involved in the compilation of the exhibits in this case now set for trial.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969

---

[Handwritten margin note:] January 31, 2006 - It is so ordered.
Alvin W. Thompson, U.S.D.J.
[date] 12/7/05