UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DIRK EPPERSON and BETTY SCHNEIDER :
: No.3:01CV1798 (AWT)
Plaintiffs :
:
v. :
:
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC. : January 31, 2006
Defendants :

---

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to March 31, 2006, the currently-set deadline of January 31, 2006 for filing the trial memorandum. In support of this motion, plaintiffs represent:

1. This case involves a complex commercial matter. In addition to a substantial number of corporate records relating to multiple entities spanning a period of five-seven years, the records of at least five separate court proceedings (Epperson v. Hill Arts, et al. 3:95CV2131 (DJS); Epperson v. Entertainment Express et al., Docket No. 3:99CV0778 (DJS); Epperson v. Irvin Richter et al., Docket No. 1:99CV3053 (SSB); Epperson v. Tickets.com et al., Case No. 00CC06393; Epperson v. Irvin Richter et al., Docket No.3:01CV1798 (AWT)); plus two appeals to the U.S. Court of Appeals for the Second Circuit (Epperson v. Entertainment Express et al., Docket No. 00-7567; and

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969