UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER  :
:  No.3:01CV1798 (AWT)
         Plaintiffs  :
       v.  :
:
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT  :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.  :  May 19, 2006
         Defendants  :
---------------------------------------------------  :

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME**
**TO FILE TRIAL MEMORANDUM**

    Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to August 25, 2006, the currently-set deadline of May 26, 2006 for filing the trial memorandum. In support of this motion, plaintiffs represent:

    1.    In late March, 2006, undersigned counsel was appointed CJA counsel in the matter of <u>USA v. Rodriguez</u>, Docket No. 3:05cr58(SRU). At the time that the assignment was accepted, counsel was not aware that the matter involved some 29 co-defendants, that the case was pending for a year, that the defendant who undersigned counsel would represent had been the last of the defendants to be arrested, and that the case had a firm jury selection date of May 5, 2006.

    2.    Jury selection commenced on May 5, 2006. Undersigned counsel has been on trial in that matter since then. The trial has been projected to extend through the end

ORAL ARGUMENT NOT REQUESTED

of May, 2006. The preparation for and trial of that matter has significantly impacted counsel's ability to complete the trial memorandum in the subject case.

    3.    The subject case is a complex commercial matter. In addition to a substantial number of corporate records relating to multiple entities spanning a period of five-seven years, the records of at least five separate court proceedings (Epperson v. Hill Arts, et al. 3:95CV2131 (DJS); Epperson v. Entertainment Express et al., Docket No. 3:99CV0778 (DJS); Epperson v. Irvin Richter et al., Docket No. 1:99CV3053 (SSB); Epperson v. Tickets.com et al., Case No. 00CC06393; Epperson v. Irvin Richter et al., Docket No.3:01CV1798 (AWT)); plus two appeals to the U.S. Court of Appeals for the Second Circuit (Epperson v. Entertainment Express et al., Docket No. 00-7567; and Epperson et al. v. Entertainment Exp. et al., Docket No. 04-5772) are, in one form or another, involved in the compilation of the exhibits in this case now set for trial.

    4.    In addition, undersigned counsel recently submitted to the United States Supreme Court plaintiffs' petition for certiorari in connection with above-referenced Docket No. 04-5772.

    5.    Counsel for both parties have completed the gathering of the relevant documents which they intend to introduce as exhibits. While both counsel have worked diligently to complete the comprehensive analysis required for final submission of the memorandum, additional time is needed. The date being requested is based upon a fair analysis of their respective schedules. Both parties agree that August 25, 2006 provides suitable amount of time, taking into consideration existing obligations and absences from the office.

      6.    This is the eighth individual request for enlargement of the deadline; there was an earlier joint request made by both plaintiffs and defendants. Carolyn Kone, attorney for defendants, has no objection to this request.

      Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended to August 25, 2006.

                                    Respectfully submitted,
                                    THE PLAINTIFFS

                                  By_____
                                   Robert J. Sullivan, Jr.
                                   LAW OFFICES OF ROBERT SULLIVAN
                                   190 Main Street
                                   Westport, CT 06880
                                   Tel. No. (203) 227-1404
                                   Federal Bar Number CT08969

## **CERTIFICATION**

      This is to certify that a copy hereof was mailed first class, postage prepaid, on May 19, 2006 to the following:

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

                                                                    _____
                                                                    Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969