UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
DIRK EPPERSON and                          :
BETTY SCHNEIDER,                           :          CIVIL ACTION NO.
                                           :          3:01CV1798(AWT)
                 Plaintiffs,               :
        v.                                 :
                                           :
IRVIN RICHTER, HILL                        :
INTERNATIONAL, INC., HILL ARTS &           :
ENTERTAINMENT SYSTEMS, INC.                :
n/k/a HAESI SOFTWARE, INC.,                :
                                           :          AUGUST 16, 2006
                 Defendants.               :
_____           :

## NOTICE PURSUANT TO RULE 1.12(c)(2) OF THE RULES OF PROFESSIONAL CONDUCT

Pursuant to Local Rule 83.2(a) and Rule 1.12(c)(2) of the Rules of

Professional Conduct, Defendants hereby give notice that Sean Fischer, who in

his former capacity as law clerk to United States District Judge Dominic Squatrito

participated personally and substantially in the above captioned matter and who

has been hired as an associate by Brenner, Saltzman & Wallman LLP, has been

screened by Brenner, Saltzman & Wallman LLP from any participation in this

matter and will be apportioned no part of the fee for this matter. The undersigned

represents that to effectuate such screening, the managing attorney of Brenner,

Saltzman & Wallman LLP, David R. Schaefer, circulated a memorandum to all

partners and employees of the firm on August 12, 2006 instructing them (i) not to

consult with Mr. Fischer about this case, (ii) request that he do work on this case,

(iii) discuss this case in his presence, or (iv) copy him on any memoranda or

emails about this case.

RESPECTFULLY SUBMITTED,
DEFENDANTS
RVIN RICHTER and HILL INTERNATIONAL,
INC.,


BY    /s/ Carolyn W. Kone
        Carolyn W. Kone (CT 06207)
        Brenner, Saltzman & Wallman LLP
        Their Attorneys
        271 Whitney Ave.
        New Haven, CT  06511
        Tel. (203) 772-2600
        Fax (203) 562-2098
        E-mail: ckone@bswlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 16TH day of August 2006, upon:

Robert Sullivan, Esq.
190 Main Street
Westport, CT 06880

_____/s/ Carolyn W. Kone_____
Carolyn W. Kone