UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER  :
                                               :   No.3:01CV1798 (AWT)
             Plaintiffs    :
           v.                        :
                                       :
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT   :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.                                       :  August 24, 2006
           Defendants  :
---------------------------------------------------  :

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to October 31, 2006, the currently-set deadline of August 25, 2006 for filing the trial memorandum. In support of this motion, plaintiffs represent:

1. The subject case is a complex commercial matter. In addition to a substantial number of corporate records relating to multiple entities spanning a period of five-seven years, the records of at least five separate court proceedings (Epperson v. Hill Arts, et al. 3:95CV2131 (DJS); Epperson v. Entertainment Express et al., Docket No. 3:99CV0778 (DJS); Epperson v. Irvin Richter et al., Docket No. 1:99CV3053 (SSB); Epperson v. Tickets.com et al., Case No. 00CC06393; Epperson v. Irvin Richter et al., Docket No.3:01CV1798 (AWT)); plus two appeals to the U.S. Court of Appeals for the Second Circuit (Epperson v. Entertainment Express et al., Docket No. 00-7567; and Epperson et al. v. Entertainment Exp. et al., Docket No. 04-5772) are, in one form or another, involved in the compilation of the exhibits in this case now set for trial.

ORAL ARGUMENT NOT REQUESTED

2. In addition, the United States Supreme Court recently ruled on plaintiffs' petition for certiorari in connection with above-referenced Docket No. 04-5772, prompting a reevaluation of all aspects of the matter.

3. Counsel for both parties have completed the gathering of the relevant documents which they intend to introduce as exhibits. While both counsel have worked diligently to complete the comprehensive analysis required for final submission of the memorandum, additional time is needed. The date being requested is based upon a fair analysis of their respective schedules. Both parties agree that October 31, 2006 provides suitable amount of time, taking into consideration existing obligations and absences from the office.

4. This is the ninth individual request for enlargement of the deadline; there was an earlier joint request made by both plaintiffs and defendants. Carolyn Kone, attorney for defendants, has no objection to this request.

Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended to October 31, 2006.

                    Respectfully submitted,
                    THE PLAINTIFFS


                    By_____
                      Robert J. Sullivan, Jr.
                      LAW OFFICES OF ROBERT SULLIVAN
                      190 Main Street
                      Westport, CT 06880
                      Tel. No. (203) 227-1404
                      Federal Bar Number CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969

## **CERTIFICATION**

      This is to certify that a copy hereof was mailed first class, postage prepaid, on August 24, 2006 to the following:

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

                                                            _____
                                                            Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969