UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER :
: No.3:01CV1798 (AWT)
        Plaintiffs :
v. :
:
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC. : October 31, 2006
        Defendants :
--------------------------------------------------- :

## MOTION TO PERMIT ELECTRONIC FILING

Plaintiffs, by and through their undersigned counsel, hereby move this Court for an order designating this case as an E-File case, permitting counsel to file all future motions and documents via the Court's Electronic Filing System. In support of this motion, undersigned counsel represents as follows:

1. Undersigned counsel has attended the CM/ECF training course offered by the United States District Court Clerk's office and is familiar with the CM/ECF filing procedures.

2. Undersigned counsel anticipates numerous motions/documents to be filed in this case and electronic filing will greatly reduce the time and expense of filing said motions/documents.

3. Undersigned counsel is currently involved in a number of cases in this District involving electronic filing.

ORAL ARGUMENT NOT REQUESTED

     4.    Carolyn W. Kone, counsel for defendants, has no objection to the granting of this motion to permit electronic filing.

For the foregoing reasons, plaintiffs respectfully request the Court grant the motion to permit electronic filing.

                                       Respectfully submitted,
                                       THE PLAINTIFFS

                                       By_____
                                          Robert J. Sullivan, Jr.
                                          LAW OFFICES OF ROBERT SULLIVAN
                                          190 Main Street
                                          Westport, CT 06880
                                          Tel. No. (203) 227-1404
                                          Federal Bar Number CT08969

**CERTIFICATION**

      This is to certify that a copy hereof was mailed first class, postage prepaid, on October 31, 2006 to the following:

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

                                            _____
                                            Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969