**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2006 NOV -3 P 2: 16

S. DISTRICT COURT
HARTFORD. CT.

```
------------------------------x
                              :
DIRK EPPERSON and BETTY       :
SCHNEIDER,                    :
                              :
        Plaintiffs,           :
                              :
v.                            :    Civil No.  3:01CV01798(AWT)
                              :
IRVIN RICHTER, HILL           :
INTERNATIONAL, INC., HILL     :
ARTS & ENTERTAINMENT SYSTEMS, :
INC. n/k/a HAESI SOFTWARE,    :
INC.                          :
                              :
        Defendants.           :
                              :
------------------------------x
```

## ENDORSEMENT ORDER

The plaintiffs' Motion to Permit Electronic Filing (Doc. No. 108) is hereby GRANTED absent objection.  The Clerk shall issue the Electronic Filing Order in Civil Cases.

It is so ordered.

Dated this 3rd day of November 2006 at Hartford, Connecticut.

                    _____
                        Alvin W. Thompson
                    United States District Judge