UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER  :
                                                             :   No.3:01CV1798 (AWT)
                Plaintiffs   :
           v.   :
                                    :
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT   :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.   :   November 3, 2006
                Defendants   :
---------------------------------------------------  :

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

      Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to January 19, 2007, the currently-set deadline of October 31, 2006 for filing the trial memorandum. In support of this motion, plaintiffs represent:

      1.    The subject case is a complex commercial matter. In addition to a substantial number of corporate records relating to multiple entities spanning a period of five-seven years, the records of at least five separate court proceedings (Epperson v. Hill Arts, et al. 3:95CV2131 (DJS); Epperson v. Entertainment Express et al., Docket No. 3:99CV0778 (DJS); Epperson v. Irvin Richter et al., Docket No. 1:99CV3053 (SSB); Epperson v. Tickets.com et al., Case No. 00CC06393; Epperson v. Irvin Richter et al., Docket No.3:01CV1798 (AWT)); plus two appeals to the U.S. Court of Appeals for the Second Circuit (Epperson v. Entertainment Express et al., Docket No. 00-7567; and

ORAL ARGUMENT NOT REQUESTED

Epperson et al. v. Entertainment Exp. et al., Docket No. 04-5772) are, in one form or another, involved in the compilation of the exhibits in this case now set for trial.

2.  In addition, the United States Supreme Court recently ruled on plaintiffs' petition for certiorari in connection with above-referenced Docket No. 04-5772, prompting a reevaluation of all aspects of the matter.

3.  Counsel for both parties have completed the gathering of the relevant documents which they intend to introduce as exhibits. While both counsel have worked diligently to complete the comprehensive analysis required for final submission of the memorandum, additional time is needed. The date being requested is based upon a fair analysis of their respective schedules. Both parties agree that January 19, 2007 provides suitable amount of time, taking into consideration existing obligations and absences from the office.

4.  This is the tenth individual request for enlargement of the deadline; there was an earlier joint request made by both plaintiffs and defendants. Carolyn Kone, attorney for defendants, has no objection to this request.

Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended to January 19, 2007.

          Respectfully submitted,
          THE PLAINTIFFS

          /s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Robert J. Sullivan, Jr.
_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St.,  Westport, CT 06880
Phone:  203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: rjslaw@optonline.net; rjslawdl@optonline.net