UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER   :
                                    :  No.3:01CV1798 (AWT)
         Plaintiffs                 :
                                    :
     v.                             :
                                    :
IRVIN RICHTER, HILL INTERNATIONAL,  :
INC., HILL ARTS & ENTERTAINMENT     :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.                                :  November 27, 2006
         Defendants                 :
---------------------------------------------------

## **PLAINTIFFS' DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial of all issues in the above-referenced matter.

        Respectfully submitted,
        THE PLAINTIFFS

        /s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Robert J. Sullivan, Jr.
_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main St.,   Westport, CT 06880
  Phone:  203/227-1404
  Fax: 203/226-6403
  Federal Bar No. CT08969
  E-mail: rjslaw@optonline.net; rjslawdl@optonline.net