UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRK EPPERSON and<br>BETTY SCHNEIDER,<br><br>            Plaintiffs,<br>  v.<br><br>IRVIN RICHTER, HILL<br>INTERNATIONAL, INC., HILL ARTS &<br>ENTERTAINMENT SYSTEMS, INC.<br>n/k/a HAESI SOFTWARE, INC.,<br><br>            Defendants. | CIVIL ACTION NO.<br>3:01CV1798(AWT)<br><br><br><br><br><br><br>DECEMBER 7, 2006 |

### DEFENDANTS IRVIN RICHTER AND HILL INTERNATIONAL, INC.'S MOTION TO STRIKE JURY DEMAND

Pursuant to Fed. R. Civ. P. 39, Defendants Irvin Richter ("Richter") and Hill International, Inc. ("Hill") (together the "Hill Defendants") hereby move to strike Plaintiffs' Jury Demand on the grounds that such demand is untimely under Fed. R. Civ. P. 38. A memorandum of law in support of this motion is attached hereto.

                              DEFENDANTS,
                              IRVIN RICHTER and HILL INTERNATIONAL, INC.,

                        BY:   /s/ Carolyn W. Kone
                              Carolyn W. Kone (CT 06207)
                              Brenner, Saltzman & Wallman LLP
                              Their Attorneys
                              271 Whitney Ave.
                              New Haven, CT  06511
                              Tel. (203) 772-2600
                              Fax (203) 562-2098
                              E-mail: ckone@bswlaw.com

9R4451.DOC

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2006, a copy of foregoing Defendants' Motion to Strike Jury Demand was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      /s/   Carolyn W. Kone
      Carolyn W. Kone (CT 06207)