UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER  :
                                                                              :    No.3:01CV1798 (AWT)
                Plaintiffs        :
            v.                       :
                               :
IRVIN RICHTER, HILL INTERNATIONAL,  :
INC., HILL ARTS & ENTERTAINMENT     :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.                                                            :    December 28, 2006
                Defendants    :
---------------------------------------------------  :

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO MOTION TO STRIKE JURY DEMAND**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to January 8, 2007, the time to respond to Defendants' Motion to Strike Jury Demand. In support of this motion, plaintiffs represent:

1. For the past approximately three years this office has been an active participant in the CM-ECF E-File system then being developed and now in place in this district. The primary email address is rjslawdl@optonline.net. That address is monitored regularly, with all electronic notices printed out, processed, entered into the master calendar system and circulated. A back-up email address of rjslaw@optonline.net has been maintained. That address is not monitored regularly. It exists primarily to ensure that in the event of electronic failure(s), the electronic notices are not forever lost.

ORAL ARGUMENT NOT REQUESTED

2.  In December, 2006, for the first time since this office has been on the E-File system, there was a gap in receipt of notices on the primary email address. From December 1 through December 11, 2006, notices were not received at the primary address. It was discovered when Dee LoConte, who regularly monitors that address, noticed that it had been a fair number of days since any CM-ECF notices had been received, and began to suspect that there may be a problem.

3.  When Ms. LoConte inquired of the court, she was advised that the system had recently gone through an upgrade, and that some people were having problems receiving notices.

4.  She then contacted Carol Sanders, the systems manager in the Bridgeport Courthouse, who looked into the matter and discovered that the primary e-mail address had, somehow, been deleted from some of our e-filed cases. She and her staff immediately set out to correct the situation. The primary email address began receiving notices again on December 11, 2006. Notices were not received, therefore, between December 1, 2006, and December 11, 2006. It was during that period (December 7, 2006) that defendant's Motion to Strike Jury Demand was filed.

5.  Once it was discovered that a gap existed, undersigned counsel's office was able to retrieve missing notices by reviewing the notices received on the backup Email address. Said gap, however, coupled with the onset of the holiday season, has severely restricted counsel's ability to respond. At the time that this motion is being filed undersigned counsel is away from the office from December 21, 2006 through January 2, 2007, on a trip which was planned months in advance.

Wherefore, plaintiffs respectfully requests that the time for plaintiffs to file their response to the Motion to Strike be extended to January 8, 2007.

        Respectfully submitted,
        THE PLAINTIFFS

            /s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

-3-

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 28, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

            /s/ Robert J. Sullivan, Jr.
            _____
            Robert J. Sullivan, Jr.
            LAW OFFICES OF ROBERT SULLIVAN
            190 Main St.,  Westport, CT 06880
            Phone:  203/227-1404
            Fax: 203/226-6403
            Federal Bar No. CT08969
            E-mail: rjslaw@optonline.net; rjslawdl@optonline.net