UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRK EPPERSON and <br> BETTY SCHNEIDER, <br>             Plaintiffs, <br> v. <br><br> IRVIN RICHTER, HILL <br> INTERNATIONAL, INC., HILL ARTS & <br> ENTERTAINMENT SYSTEMS, INC. <br> n/k/a HAESI SOFTWARE, INC., <br><br>             Defendants. | : <br> :   CIVIL ACTION NO. <br> :   3:01CV1798(AWT) <br> : <br> : <br> : <br> : <br> : <br> : <br> :   JANUARY 18, 2007 <br> : <br> : |

**PLAINTIFFS DIRK EPPERSON AND BETTY SCHNEIDER AND
DEFENDANTS IRVIN RICHTER AND HILL INTERNATIONAL, INC.'S JOINT
MOTION FOR EXTENSION OF TIME TO FILE TRIAL MEMORANDUM**

Pursuant to Fed. R. Civ. P. 39, Plaintiffs Dirk Epperson and Betty Schneider ("Plaintiffs") and Defendants Irvin Richter ("Richter") and Hill International, Inc. ("Hill") (together the "Hill Defendants") jointly move for an extension of time to file the trial memorandum, which is currently due on January 19, 2007. The parties request an extension of time for the following reasons:

1. In accordance with the Court's Amended Trial Memorandum Order, the parties are to submit, if this is a jury trial, proposed jury instructions. In the event that a court trial is held in this case, the parties are to submit proposed findings, and conclusions of law.

2. On November 28, 2006, Plaintiffs filed a Demand for Trial by Jury.

3. On December 7, 2006, the Hill Defendants filed a Motion to Strike Jury Demand. Defendants' motion is currently pending before this Court.

4. Accordingly, the parties are unable to prepare a trial memorandum until it is determined by the Court whether this is a jury trial or a court trial.

5. Therefore, Plaintiffs and the Hill Defendants hereby request an extension of time until thirty (30) days after the Court rules on the Hill Defendants' Motion to Strike.

This is the second Joint Motion for Extension of Time filed by the parties with respect to the time to file a joint trial memorandum.

        DEFENDANTS,
        IRVIN RICHTER and HILL INTERNATIONAL, INC.,

BY:   /s/ Carolyn W. Kone
      Carolyn W. Kone (CT 06207)
      Brenner, Saltzman & Wallman LLP
      Their Attorneys
      271 Whitney Ave.
      New Haven, CT 06511
      Tel. (203) 772-2600
      Fax (203) 562-2098
      E-mail: ckone@bswlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2006, a copy of foregoing Plaintiffs' and Defendants' Motion for Extension of Time to File Trial Memorandum was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                                                /s/   Carolyn W. Kone
                                                Carolyn W. Kone (CT 06207)