**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
DIRK EPPERSON and BETTY       :
SCHNEIDER,                    :
                              :
     Plaintiffs,              :
                              :
v.                            :   Civil No. 3:01CV01798(AWT)
                              :
IRVIN RICHTER, HILL           :
INTERNATIONAL, INC., HILL     :
ARTS & ENTERTAINMENT SYSTEMS, :
INC. n/k/a HAESI SOFTWARE,    :
INC.                          :
                              :
     Defendants.              :
                              :
------------------------------x
```

**ORDER RE MOTION TO STRIKE JURY DEMAND**

Defendants Irvin Richter and Hill International, Inc.'s Motion to Strike Jury Demand (Doc. No. 118) is hereby GRANTED. The court notes that the plaintiffs were granted an extension of time to respond to this motion to and including January 8, 2007, but no opposition was filed.

It is so ordered.

Dated this 20th day of January 2007 at Hartford, Connecticut.

                                               /s/AWT
                                      Alvin W. Thompson
                            United States District Judge