UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------
DIRK EPPERSON and BETTY SCHNEIDER  :
: No.3:01CV1798 (AWT)
        Plaintiffs    :
       v.    :
:
IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT    :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.    : February 1, 2007
        Defendants    :
---------------------------------------------------- :

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME
TO FILE TRIAL MEMORANDUM**

    Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to March 9, 2007, the currently-set deadline of February 20, 2007for filing the trial memorandum. In support of this motion, plaintiffs represent:

    1.    On January 18, 2007, a joint motion was submitted to this court requesting that the court set the date for the joint trial memorandum for a date 30 days following its ruling on Defendants' Motion to Strike Jury Demand. Said motion was based in large part on the inability of the parties to know whether to prepare for jury instructions or findings of fact and conclusions of law.

    2.    The court then ruled on said motion, setting February 20, 2007 as the time for submission of said trial memorandum. Undersigned counsel, however, will be out of state from February 16 through February 26, 2007; his secretary is away from February 2 through February 9, 2007, severely limiting the time available to coordinate said filing with opposing counsel.

3. Having consulted with opposing counsel as to her schedule, undersigned counsel respectfully requests that the court enlarge the time for the filing of said Trial Memorandum through and including March 9, 2007.

4. While this is the twelfth individual motion and there have been two prior joint motions, undersigned counsel represents that the said continuances have been required by the protracted nature of the case. It has involved litigation in three separate states (Connecticut, California and New Jersey) and has involved two appeals to the Second Circuit Court of Appeals (including one reversal) and one petition for Certiorari to the United States Supreme Court.

5. Carolyn W. Kone, attorney for defendants, consents to this motion for an enlargement of time to file the trial memorandum.

Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended to March 9, 2007.

> Respectfully submitted,
> THE PLAINTIFFS
>
> /s/ Robert J. Sullivan, Jr.
> By_____
> Robert J. Sullivan, Jr.
> LAW OFFICES OF ROBERT SULLIVAN
> 190 Main Street
> Westport, CT 06880
> Tel. No. (203) 227-1404
> Federal Bar Number CT08969

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Robert J. Sullivan, Jr.
_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St.,  Westport, CT 06880
Phone:  203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: rjslaw@optonline.net; rjslawdl@optonline.net

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969