UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------- :

DIRK EPPERSON and BETTY SCHNEIDER  :
                                        :  No.3:01CV1798  (AWT)
               Plaintiffs  :
             v.  :
                                          :

IRVIN RICHTER, HILL INTERNATIONAL, :
INC., HILL ARTS & ENTERTAINMENT  :
SYSTEMS, INC. n/k/a HAESI SOFTWARE, :
INC.  :  March 9, 2007
               Defendants  :
-------------------------------------------------- :

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME
## TO FILE TRIAL MEMORANDUM

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to March 16, 2007, the currently-set deadline of March 9, 2007 for filing the trial memorandum.  In support of this motion, plaintiffs represent:

1.       The Trial Memorandum is substantially complete.  Both counsel exchanged most, if not all of the materials needed for insertion in the Memorandum with the expectation that it would be completed by this date.  Several intervening events, however, impaired its completion by this date.

2.       The completion of said memorandum involves the complex review of financial records and transactions dating back to 1988.

3.       Having consulted with opposing counsel as to her schedule, undersigned counsel respectfully requests that the court enlarge the time for the filing of said Trial Memorandum through and including March 16, 2007.

ORAL ARGUMENT NOT REQUESTED

4.    While this is the thirteenth individual motion, and there have been two prior joint motions, undersigned counsel represents that the said continuances have been required by the protracted nature of the case.  It has involved litigation in three separate states (Connecticut, California and New Jersey) and has involved two appeals to the Second Circuit Court of Appeals (including one reversal) and one petition for Certiorari to the United States Supreme Court.

5.    Carolyn W. Kone, attorney for defendants, consents to this motion for an enlargement of time to file the trial memorandum.

Wherefore, plaintiffs respectfully request that the time for plaintiffs to file their trial memorandum be extended to March 16, 2007.

Respectfully submitted,
THE PLAINTIFFS


/s/ Robert J. Sullivan, Jr.
By_____
    Robert J. Sullivan, Jr.
    LAW OFFICES OF ROBERT SULLIVAN
    190 Main Street
    Westport, CT 06880
    Tel. No. (203) 227-1404
    Federal Bar Number CT08969

–2–

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Robert J. Sullivan, Jr.

_____

Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St.,   Westport, CT 06880
Phone:  203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: rjslaw@optonline.net; rjslawdl@optonline.net

−3−