UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

———————————————————
DIRK EPPERSON and                                 :
BETTY SCHNEIDER,                                  :          CIVIL ACTION NO.
                                                  :          3:01CV1798(AWT)
                        Plaintiffs,               :
          v.                                      :
                                                  :
IRVIN RICHTER, HILL                               :
INTERNATIONAL, INC., HILL ARTS &                  :
ENTERTAINMENT SYSTEMS, INC.                       :
n/k/a HAESI SOFTWARE, INC.,                       :
                                                  :          MARCH 15, 2007
                        Defendants.               :
———————————————————              :

**PLAINTIFFS, DIRK EPPERSON AND BETTY SCHNEIDER, AND
DEFENDANTS IRVIN RICHTER AND HILL INTERNATIONAL, INC.'S JOINT
MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL
MEMORANDUM**

Pursuant to Fed. R. Civ. P. 39, Plaintiffs, Dirk Epperson and Betty Schneider

("Plaintiffs"), and Defendants Irvin Richter ("Richter") and Hill International, Inc.

("Hill") (together the "Hill Defendants") jointly move for a seven (7) day extension of

time until March 23, 2007 to file the parties' Joint Trial Memorandum, which is currently

due on March 16, 2007. The parties request an extension of one week to file the Joint

Pretrial Memorandum, because, although Plaintiffs and Defendants have each

substantially completed their respective sections of the Joint Pretrial Memorandum, an

additional one week is required to compile the parties' sections into one document. This

additional time is required because of the schedules of the parties' counsel and in order to

allow the Defendants to review Plaintiffs' submissions. The parties anticipate that this is

the final request for an extension of time to file the Joint Pretrial Memorandum.

m:\docs\03406\002\9u8099.doc

This is the third Joint Motion for Extension of Time filed by the parties with respect to the time to file a Joint Trial Memorandum, although there have been a number of extensions with respect to the filing of this document requested by Plaintiffs.

DEFENDANTS,
IRVIN RICHTER and HILL INTERNATIONAL, INC.


BY:    /s/ Carolyn W. Kone
       Carolyn W. Kone (CT 06207)
       Brenner, Saltzman & Wallman LLP
       Their Attorneys
       271 Whitney Ave.
       New Haven, CT  06511
       Tel. (203) 772-2600
       Fax (203) 562-2098
       E-mail: ckone@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, a copy of foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/   Carolyn W. Kone
Carolyn W. Kone (CT 06207)