UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRK EPPERSON and<br>BETTY SCHNEIDER,<br>　　　　　　　　Plaintiffs, | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:01CV1798(AWT) |
| 　　　　　v.<br>IRVIN RICHTER, HILL<br>INTERNATIONAL, INC., HILL ARTS &<br>ENTERTAINMENT SYSTEMS, INC.<br>n/k/a HAESI SOFTWARE, INC.,<br>　　　　　　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : | March 23, 2007 |

## DEFENDANTS IRVIN RICHTER AND HILL INTERNATIONAL'S MOTION TO PRECLUDE

Defendants Irvin Richter and Hill International, Inc. (the "Hill Defendants") hereby move pursuant to Fed. R. Civ. P. 37(c)(1) to preclude the testimony of Plaintiffs' expert witness, Walter C. King, on the grounds that Plaintiffs did not disclose this expert witness until March 8, 2007 in connection with the preparation of the Joint Pretrial Memorandum, which date was almost 8 years after this case was filed and almost 6 years after the date for the disclosure of Plaintiffs' expert witnesses established the Final Scheduling Order.  As set forth in the Memorandum in Support of Defendants' Motion to Preclude, Plaintiffs' delinquent disclosure of their expert witness is not substantially justified and to permit Mr. King to testify would be extremely prejudicial to the Hill Defendants, because this case is on the eve of trial, the Hill Defendants have not had an opportunity to depose Mr. King, retain their own expert rebuttal witness or even see Mr. King's report.  Defendants also seek the costs of this Motion.

m:\docs\03406\002\9u6296.doc

A memorandum of law and an affidavit of the undersigned in support of this Motion are being filed herewith.

                DEFENDANTS
                IRVIN RICHTER and HILL INTERNATIONAL, INC.,

            BY   */s/ Carolyn W. Kone*
                Carolyn W. Kone (CT 06207)
                Brenner, Saltzman & Wallman LLP
                Their Attorneys
                271 Whitney Ave.
                New Haven, CT  06511
                Tel. (203) 772-2600
                Fax (203) 562-2098
                E-mail: ckone@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.


                                      */s/ Carolyn W. Kone*
                                      Carolyn W. Kone