UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRK EPPERSON and<br>BETTY SCHNEIDER,<br>                Plaintiffs, | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:01CV1798(AWT) |
| v. | : <br> : | |
| IRVIN RICHTER, HILL<br>INTERNATIONAL, INC., HILL ARTS &<br>ENTERTAINMENT SYSTEMS, INC.<br>n/k/a HAESI SOFTWARE, INC.,<br>                Defendants | : <br> : <br> : <br> : <br> : | MARCH 23, 2007 |

### **AFFIDAVIT OF CAROLYN W. KONE IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE**

I, Carolyn W. Kone, being duly sworn hereby depose and say:

1. I am counsel for the Defendants Irving Richter and Hill International. Inc. in the above-captioned matter.

2. On March 8, 2007, I received an email from Plaintiffs' counsel, Robert Sullivan, listing Plaintiffs' witnesses as part of the parties' Joint Trial Memorandum. This list identified Walter C. King, a certified public accountant as Plaintiffs' expert witness, who was expected to testify at trial. Mr. King had not previously been disclosed by Plaintiffs as an expert witness in this case. Additionally, no expert report was provided to the undersigned counsel, nor was Mr. King curriculum vitae's provided to the undersigned counsel. The date established by the Court for the disclosure of expert witnesses for this case was July 31, 2001.

3. On March 9, 2007, I emailed Mr. Sullivan and asked that he remove Mr. King's name from Plaintiffs' List of Witnesses.

4.     I thereafter spoke to Mr. Sullivan and he told me that he would not remove Mr. King's name from Plaintiffs' Witness List.

5.     I hereby certify that I conferred with counsel for Plaintiffs in an effort in good faith to resolve by agreement the issues raised by Defendants' Motion to Preclude without the intervention of the Court, I have been unable to reach such an agreement.

_____
Carolyn W. Kone

Subscribed and sworn to before me this 13th day of March, 2007.

_____
Notary Public
My Commission Expires: 9/30/07

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                                              /s/ *Carolyn W. Kone*
                                                              Carolyn W. Kone