UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRK EPPERSON and <br> BETTY SCHNEIDER, <br>         Plaintiffs, <br>    v. <br> IRVIN RICHTER, HILL INTERNATIONAL, INC., HILL ARTS & ENTERTAINMENT SYSTEMS, INC. n/k/a HAESI SOFTWARE, INC., <br>         Defendants. | CIVIL ACTION NO. <br> 3:01CV1798(AWT) <br><br><br><br><br> MARCH 23, 2007 |

## DEFENDANTS' MOTION IN LIMINE RE: PAROL EVIDENCE

Defendants Irvin Richter ("Richter") and Hill International, Inc. ("Hill") (together, the "Hill Defendants") hereby move to preclude any oral testimony by Plaintiffs, Dirk Epperson and Betty Schneider, that they or their company, Performing Arts Technology, Inc., received oral assurances that either of the Hill Defendants would capitalize the software development project contemplated by the agreement between PAT and ArtSoft, Inc.

The Hill Defendants are filing a Memorandum in Support of their Motion in Limine Re: Parol Evidence.

WHEREFORE, the Hill Defendants request that their Motion in Limine be granted.

DEFENDANTS
IRVIN RICHTER and HILL INTERNATIONAL, INC.,


BY   */s/ Carolyn W. Kone*
      Carolyn W. Kone (CT 06207)
      Brenner, Saltzman & Wallman LLP
      Their Attorneys
      271 Whitney Ave.
      New Haven, CT  06511
      Tel. (203) 772-2600
      Fax (203) 562-2098
      E-mail: ckone@bswlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                                  */s/ Carolyn W. Kone*
                                                  Carolyn W. Kone