UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DIRK EPPERSON and BETTY SCHNEIDER :
:  No.3:01CV1798 (AWT)
            Plaintiffs  :
       v.  :
:
IRVIN RICHTER, HILL INTERNATIONAL, INC., :
HILL ARTS & ENTERTAINMENT SYSTEMS, : July 23, 2007
INC. n/k/a HAESI SOFTWARE, INC.  :
           Defendants  :

---

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION IN LIMINE RE: COLLATERAL ESTOPPEL;
MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT
WITNESS, WALTER C. KING; and MOTION IN LIMINE RE: PAROL EVIDENCE**

    Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to August 20, 2007, the time to respond to Defendants' Motion In Limine Re: Collateral Estoppel; Motion to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King; and Motion in Limine Re: Parol Evidence. In support of this motion, plaintiffs represent:

    1.    These three motions were filed by defendants Irvin Richter and Hill International, Inc., at the time of the parties' submission of the Joint Trial Memorandum. Significant effort has been required to adequately respond to the motions, which seek to prevent the presentation of significant elements of Plaintiffs case. <u>Inter</u> <u>alia</u>, plaintiffs needed to obtain materials from the United States District Court in Camden, New Jersey in order to fully respond to the motions.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED
\

2. In addition, undersigned counsel is in the midst of an office move which is proving disruptive to workflow. Although the move has been anticipated for some time, the actual date was not known at the time that the currently set deadline was established, as it was contingent upon the completion of certain construction which has, in the meantime, been completed.

3. Carolyn W. Kone, attorney for defendants Irvin Richter and Hill International, Inc., has no objection to the granting of this motion.

4. Plaintiffs respectfully request that the time for plaintiffs to file their response to the Motion In Limine Re: Collateral Estoppel; Motion to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King; and Motion in Limine Re: Parol Evidence be extended to August 20, 2007.

5. This is plaintiff's sixth motion for an enlargement of time to respond to Defendants' Motion In Limine Re: Collateral Estoppel; Motion to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King; and Motion in Limine Re: Parol Evidence.

      Respectfully submitted,
      THE PLAINTIFFS

      /s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                        /s/ Robert J. Sullivan, Jr.
                        _____
                        Robert J. Sullivan, Jr.
                        LAW OFFICES OF ROBERT SULLIVAN
                        190 Main St., Westport, CT 06880
                        Phone: 203/227-1404
                        Fax: 203/226-6403
                        Federal Bar No. CT08969
                        E-mail: rjslaw@optonline.net; rjslawdl@optonline.net