UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
DIRK EPPERSON and BETTY SCHNEIDER  :
                                   :   No.3:01CV1798 (AWT)
          Plaintiffs               :
     v.                            :
                                   :
IRVIN RICHTER, HILL INTERNATIONAL, INC., :
HILL ARTS & ENTERTAINMENT SYSTEMS, :   October 15, 2007
INC. n/k/a HAESI SOFTWARE, INC.    :
          Defendants               :
---------------------------------------------------------- 

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION IN LIMINE RE: COLLATERAL ESTOPPEL;
MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT
WITNESS, WALTER C. KING; and MOTION IN LIMINE RE: PAROL EVIDENCE**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to November115, 2007 the time to respond to Defendants' Motion In Limine Re: Collateral Estoppel; Motion to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King; and Motion in Limine Re: Parol Evidence. In support of this motion, plaintiffs represent:

1. These three motions were filed by defendants Irvin Richter and Hill International, Inc., at the time of the parties' submission of the Joint Trial Memorandum. Significant effort has been required to adequately respond to the motions, which seek to prevent the presentation of significant elements of Plaintiffs case. Inter alia, plaintiffs needed to obtain materials from the United States District Court in Camden, New Jersey in order to fully respond to the motions.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

2.  In addition, the parties have been contacted by Parajudicial Officer James Hawkins for the purpose of conducting a supervised settlement conference in which, undersigned counsel understands, both sides are prepared to participate. The parties are, at this time, awaiting the scheduling of the settlement conference by Mr. Hawkins

3.  For these reasons, Plaintiffs respectfully request that the time for plaintiffs to file their response to the Motion In Limine Re: Collateral Estoppel; Motion to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King; and Motion in Limine Re: Parol Evidence be extended to November 15, 2007.

4.  Carolyn W. Kone, attorney for defendants Irvin Richter and Hill International, Inc., has no objection to the granting of this motion.

5.  This is plaintiff's ninth motion for an enlargement of time to respond to Defendants' Motion In Limine Re: Collateral Estoppel; Motion to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King; and Motion in Limine Re: Parol Evidence.

>Respectfully submitted,
>THE PLAINTIFFS
>
>              /s/ Robert J. Sullivan, Jr.
>By_____
>  Robert J. Sullivan, Jr.
>  LAW OFFICES OF ROBERT SULLIVAN
>  190 Main Street
>  Westport, CT 06880
>  Tel. No. (203) 227-1404
>  Federal Bar Number CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    /s/ Robert J. Sullivan, Jr.
    _____
    Robert J. Sullivan, Jr.
    LAW OFFICES OF ROBERT SULLIVAN
    190 Main St., Westport, CT 06880
    Phone: 203/227-1404
    Fax: 203/226-6403
    Federal Bar No. CT08969
    E-mail: rjslaw@optonline.net; rjslawdl@optonline.net