UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRK EPPERSON and<br>BETTY SCHNEIDER,<br><br>          Plaintiffs,<br><br>   v.<br><br>IRVIN RICHTER, HILL<br>INTERNATIONAL, INC., HILL ARTS &<br>ENTERTAINMENT SYSTEMS, INC.<br>n/k/a HAESI SOFTWARE, INC.,<br><br>          Defendants. | CIVIL ACTION NO.<br>3:01CV1798(AWT)<br><br><br><br><br><br><br><br>DECEMBER 13, 2007 |

## HILL DEFENDANTS' MOTION TO WITHDRAW MOTION IN LIMINE RE: PAROL EVIDENCE, MOTION IN LIMINE RE: COLLATERAL ESTOPPEL AND MOTION TO PRECLUDE WITHOUT PREJUDICE TO REFILING

Defendants Irvin Richter ("Richter") and Hill International, Inc. ("Hill") (together, the "Hill Defendants") hereby move to withdraw their Motion in Limine Re: Parol Evidence, their Motion in Limine Re: Collateral Estoppel and their Motion to Preclude (collectively the "Pending Motions") without prejudice to refiling the Pending Motions if a settlement in this case in not consummated. In support of this motion, the Hill Defendants represent as follows:

    1.    The Pending Motions were filed on March 23, 2007.

    2.    Plaintiffs, Dirk Epperson and Betty Schneider, have filed extensions of time to respond to the Pending Motions. Currently, Plaintiffs' response to the Pending Motions is due on December 15, 2007, and the Hill Defendants' Reply is due on January 7, 2008.

3. On December 3, 2007, a status conference with the Court was held in this matter. At the status conference, the Court stated its intention to decide the Pending Motions before the trial is scheduled in this case. The Court also reaffirmed the deadline for Plaintiffs' response to the Pending Motions and set the deadline for the Hill Defendants' Reply Memorandum described above.

4. Following the December 3, 2007 status conference, Plaintiffs' counsel and the Hill Defendants' counsel spoke to the Court's Parajudicial Officer, James Hawkins, about scheduling a settlement conference for this matter. Subsequently, Mr. Hawkins and the parties agreed that a settlement conference will be held on January 16, 2008.

5. In order to conserve the parties' resources, both Plaintiffs and the Hill Defendants wish not to be required to file memoranda with respect to the Pending Motions until after the settlement conference is held and it is determined whether this case can be settled.

6. The Hill Defendants therefore move to withdraw the Pending Motions without prejudice to the Hill Defendants' refiling the Pending Motions if a settlement of this matter is not consummated and without prejudice to having the Pending Motions decided by the Court before the trial in this matter is scheduled.

7. Plaintiffs have agreed that if the Pending Motions are withdrawn and thereafter refiled, their response to the Pending Motions will be due within 14 days of the refiling of the Pending Motions and the Hill Defendants' Reply will be due within 10 days of the filing of Plaintiffs' response.

WHEREFORE, the Hill Defendants request that their Motion to Withdraw Pending Motions Without Prejudice to Refiling be granted.

        DEFENDANTS
        IRVIN RICHTER and HILL INTERNATIONAL, INC.,

BY   */s/ Carolyn W. Kone*
       Carolyn W. Kone (CT 06207)
       Brenner, Saltzman & Wallman LLP
       Their Attorneys
       271 Whitney Ave.
       New Haven, CT  06511
       Tel. (203) 772-2600
       Fax (203) 562-2098
       E-mail: ckone@bswlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 13, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                        */s/ Carolyn W. Kone*
                                      Carolyn W. Kone