# EXHIBIT A

ORIGINAL FILED
APR 24 2001
WILLIAM T. WALSH, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE STANLEY S. BROTMAN

DIRK EPPERSON, et al.,

        Plaintiffs,

v.                                             Civil No. 99-3053

IRVIN RICHTER, et al.,

        Defendants.

**APPEARANCES:**

Robert J. DeGroot, Esquire
56 Park Place
Newark, NJ 07102

Robert Sullivan, Esq.
190 Main St.
Westport, CT 06880

James Greenberg, Esq.
Kozlov Seaton
1940 Route 70 East
Suite 200
Cherry Hill, NJ 08003

### FINAL SCHEDULING ORDER

      This Scheduling Order confirms the directives given to you at our scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on April 23, 2001.

      **IT IS** this 24th day of April, 2001 hereby **ORDERED**:

      1.  **DEPOSITIONS**:

      a.  All depositions are to be taken at locations agreed to by the parties. If no agreement can be reached, the depositions will then be conducted at the Mitchell H. Cohen Court

House, One John F. Gerry Plaza, 4th and Cooper Sts., Camden, New Jersey. The party requesting the deposition shall make an application to the court for the time and date of said deposition.

    b. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in <u>Hall v. Clifton Precision</u>, 150 F.R.D. 525 (E.D.Pa. 1993).

    2. Pretrial factual discovery is hereby extended to June 21, 2001. All pretrial discovery shall be concluded by that date.

    3. All experts' reports on behalf of plaintiffs shall be served upon counsel for defendants not later than July 31, 2001. All experts' reports on behalf of defendants shall be served upon counsel for plaintiffs not later than September 14, 2001. Each such report should be accompanied by the <u>curriculum vitae</u> of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by September 30, 2001.

    4. For purposes of this Scheduling Order, treating physicians shall not be considered expert witnesses and shall be treated as fact witnesses who are, however, required to provide reports and records concerning their treatment. However, any doctor who is going to express an opinion as to the cause of a particular condition or as to the future prognosis of a particular condition, shall be considered an expert subject to the requirement of Rule 26(a)(2)(B).

    5. <u>Dispositive Motions</u>.

    Dispositive motions shall be filed pursuant to Local Civil Rule 7.1(b) (formerly General Rule 12N). The parties shall file with the clerk of the court the complete motion briefing packet in accordance with General Rule 7.1(b) no later than **October 19, 2001.** If opposition to the motion is not served in a timely fashion, the moving party may file the motion with the court, and it shall be decided by the court without opposition.

    **<u>DISPOSITIVE MOTIONS NOT TIMELY FILED IN ACCORDANCE WITH THIS SCHEDULE MAY ONLY BE HEARD AT THE DISCRETION OF THE DISTRICT COURT JUDGE</u>.**

    6. The court will conduct a stastus conference on **October 1, 2001 at 2:00 p.m. FAILURE TO APPEAR WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

    7. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned

and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Rule 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

       8.   **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER RULE 16(f), FED. R. CIV. P.**

*Joel B. Rosen*
Joel B. Rosen
United States Magistrate Judge


cc:    Honorable Stanley S. Brotman
       Barbara Arthur, Courtroom Deputy