UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRK EPPERSON and BETTY SCHNEIDER,        : | CIVIL ACTION NO. 3:01CV1798(AWT) |
|         Plaintiffs,      : | |
| v.             : | |
|             : | |
| IRVIN RICHTER, HILL     : INTERNATIONAL, INC., HILL ARTS &  : ENTERTAINMENT SYSTEMS, INC.  : n/k/a HAESI SOFTWARE, INC.,    : | |
|             : | JANUARY 22, 2008 |
|        Defendants.    : | |

## DEFENDANTS' MOTION IN LIMINE RE: COLLATERAL ESTOPPEL

Defendants Irvin Richter ("Richter") and Hill International, Inc. ("Hill") (together, the "Hill Defendants") hereby move in limine to preclude Plaintiffs, Dirk Epperson and Betty Schneider, from relitigating in the above-captioned matter issues previously litigated and decided in a prior related action between Plaintiffs and the Hill Defendants known as Epperson v. Entertainment Express, Inc., 338 F.Supp. 2d 328 (D. Conn. 2004), aff'd, 159 Fed. Appx. 249 (2d Cir. 2005), cert. denied, 126 S. Ct. 2296 (U.S. 2006) (the "Fraudulent Transfer Action"). In the Fraudulent Transfer Action, the Court determined that the Hill Defendants held valid perfected security interest in the assets of Hill Arts & Entertainment Systems, Inc. ("Hill A&E") and the proceeds of such assets, a Convertible Note. The Court determined that such security interests well exceeded the value of Hill A&E's assets and the Convertible Note.

As set forth in the attached memorandum, under the doctrine of collateral estoppel, Plaintiffs should not be permitted to relitigate these issues in the instant action

nor should they be permitted to relitigate the factual findings made by the Court in support of its determination of these issues.

WHEREFORE, the Hill Defendants request that their Motion in Limine be granted.

DEFENDANTS
IRVIN RICHTER and HILL INTERNATIONAL, INC.,

BY    /s/ Carolyn W. Kone
         Carolyn W. Kone (CT 06207)
         Brenner, Saltzman & Wallman LLP
         Their Attorneys
         271 Whitney Ave.
         New Haven, CT  06511
         Tel. (203) 772-2600
         Fax (203) 562-2098
         E-mail: ckone@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

*/s/ Carolyn W. Kone*
Carolyn W. Kone