UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRK EPPERSON and : <br> BETTY SCHNEIDER, : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> IRVIN RICHTER, HILL : <br> INTERNATIONAL, INC., HILL ARTS & : <br> ENTERTAINMENT SYSTEMS, INC. : <br> n/k/a HAESI SOFTWARE, INC., : <br> : <br> Defendants. : <br> : | CIVIL ACTION NO. <br> 3:01CV1798(AWT) <br><br><br><br><br><br><br> JANUARY 29, 2008 |

## DEFENDANTS' MOTION IN LIMINE RE: DEFENSE OF ALTER EGO AND FRAUDULENT CONVEYANCE CLAIMS

Defendants Irvin Richter ("Richter") and Hill International, Inc. ("Hill") (together, the "Hill Defendants") hereby move to preclude Plaintiffs, Dirk Epperson and Betty Schneider ("Plaintiffs"), from offering evidence regarding actions taken by the Hill Defendants in defense of the four alter ego and/or fraudulent conveyance cases filed by Plaintiffs against the Hill Defendants. Such evidence is irrelevant to Plaintiffs' alter ego claims against the Appearing Defendants and will require changes to the Pretrial Memorandum and may result in the disqualification of Plaintiffs' or Appearing Defendants' council, at this late date.

The Hill Defendants are filing a Memorandum in Support of their Motion in Limine Re: Defense of Alter Ego and Fraudulent Conveyance Claims.

WHEREFORE, the Hill Defendants request that their Motion in Limine be granted.

m:\docs\03406\002\a49852.doc

2

DEFENDANTS
IRVIN RICHTER and HILL INTERNATIONAL, INC.,


BY  */s/ Carolyn W. Kone*
      Carolyn W. Kone (CT 06207)
      Brenner, Saltzman & Wallman LLP
      Their Attorneys
      271 Whitney Ave.
      New Haven, CT  06511
      Tel. (203) 772-2600
      Fax (203) 562-2098
      E-mail: ckone@bswlaw.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                                */s/ Carolyn W. Kone*
                                                Carolyn W. Kone