UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRK EPPERSON and BETTY SCHNEIDER : <br> : <br> Plaintiffs : <br> v. : <br> : <br> IRVIN RICHTER, HILL INTERNATIONAL, INC., : <br> HILL ARTS & ENTERTAINMENT SYSTEMS, : <br> INC. n/k/a HAESI SOFTWARE, INC. : <br> Defendants : | No.3:01CV1798 (AWT) <br><br><br><br><br> February 19, 2008 |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION IN LIMINE RE: COLLATERAL ESTOPPEL; MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, WALTER C. KING; MOTION IN LIMINE RE: PAROL EVIDENCE; and MOTION IN LIMINE RE: DEFENSE OF ALTER EGO AND FRAUDULENT CONVEYANCE CLAIMS**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to March 3, 2008 the time to respond to Defendants' Motion In Limine Re: Collateral Estoppel; Motion to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King; Motion in Limine Re: Parol Evidence and Motion in Limine Re: Defense of Alter Ego and Fraudulent Conveyance Claims.  In support of this motion, plaintiffs represent:

1. The Parties' Joint Trial Memorandum has been submitted to the court.

2. At the time of the filing of the Joint Trial Memorandum, defendants filed three motions, to wit: Motion In Limine Re: Collateral Estoppel; Motion to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King; Motion in Limine Re: Parol Evidence challenging significant components of the Plaintiffs' case.

ORAL ARGUMENT NOT REQUESTED

3. On December 13, 2007, those motions were withdrawn, without prejudice to their being refiled.

4. On January 22, 2008, said motions were refiled. In addition, on January 29, 2008, Defendants filed a fourth motion: Motion in Limine Re: Defense of Alter Ego and Fraudulent Conveyance Claims. This motion also challenges significant components of plaintiffs' case.

5. Plaintiffs' response date is February 19, 2008. At the time said date was established, undersigned counsel was not aware that said date fell during school break, a time when undersigned counsel had prearranged plans to be away from the office. Undersigned counsel is away from the office from February 19, 2008 through February 22, 2008, returning on February 25, 2008.

6. Undersigned counsel respectfully requests, therefore, that this court extend plaintiffs' deadline for responding to all four said motions to Monday, March 3, 2008, which is seven days following counsel's return to the office.

7. Carolyn W. Kone, attorney for defendants Irvin Richter and Hill International, Inc., has no objection to the granting of this motion, provided that the defendants are granted an additional two weeks, through April 9, 2008, to reply. Attorney Kone has prearranged plans which will take her out of the office from March 10 through March 26, 2008. Undersigned counsel respectfully requests, therefore, that the court enter an order extending through March 3, 2008 Plaintiffs' time to respond, and through April 9, 2008 Defendants' time to reply.

8. This is Plaintiffs' first request to enlarge the time to respond to Defendants' newly-filed motion. Although several extensions were granted with respect to the refiled

motions before their dismissal, this is Plaintiffs' first request to enlarge the time to respond to the refiled motions.

        Respectfully submitted,
        THE PLAINTIFFS

        /s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 19, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

            /s/ Robert J. Sullivan, Jr.
            _____
            Robert J. Sullivan, Jr.
            LAW OFFICES OF ROBERT SULLIVAN
            190 Main St.,  Westport, CT 06880
            Phone: 203/227-1404
            Fax: 203/226-6403
            Federal Bar No. CT08969
            E-mail: rjslaw@optonline.net; rjslawdl@optonline.net