UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
DIRK EPPERSON and BETTY SCHNEIDER : 
                                                                            : No.3:01CV1798 (AWT)
                         Plaintiffs                          :
                   v.                                         :
                                                                            :
IRVIN RICHTER, HILL INTERNATIONAL, INC., :
HILL ARTS & ENTERTAINMENT SYSTEMS, : March 17, 2008
INC. n/k/a HAESI SOFTWARE, INC.       :
                         Defendants                       :
---------------------------------------------------------- 

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION IN LIMINE RE: COLLATERAL ESTOPPEL;  MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, WALTER C. KING; MOTION IN LIMINE RE: PAROL EVIDENCE; and MOTION IN LIMINE RE: DEFENSE OF ALTER EGO AND FRAUDULENT CONVEYANCE CLAIMS**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to March 24, 2008 the time to respond to Defendants' refiled Motions In Limine Re: Collateral Estoppel; to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King and Motion in Limine Re: Parol Evidence, and Defendant's newly filed Motion in Limine Re: Defense of Alter Ego and Fraudulent Conveyance Claims. In support of this motion, plaintiffs represent:

1. On February 25, 2008, a settlement proposal was made. In the time which has followed, undersigned counsel has attempted, unsuccessfully, to reach his clients to discuss said proposal. In the past, difficulty reaching plaintiffs has generally meant they are out of town. Counsel suspects they are out of the country.

ORAL ARGUMENT NOT REQUESTED

     2.     In the interest of preserving the resources needed to finalize the responses to said motions, undersigned counsel respectfully requests that the court enlarge, by one week, the time for Plaintiffs to respond to said motions to Monday, March 24, 2008 and the time for Defendants to reply, also by one week, to April 30, 2008.

     3.     Carolyn W. Kone, attorney for defendants Irvin Richter and Hill International, Inc., is away from the office this week. Although undersigned counsel is confident that Ms. Kone does not object to this request, this date counsel checked with her office to report that this request is being made and to determine whether any objection would be made. As of this filing, counsel has not heard back from counsel for the defendants.

     4.     This is Plaintiffs' fourth request to enlarge the time to respond to Defendants' newly-filed and refiled motions.

Respectfully submitted,
THE PLAINTIFFS

/s/ Robert J. Sullivan, Jr.
By_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, CT 06880
Tel. No. (203) 227-1404
Federal Bar Number CT08969

-2-

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 17, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        /s/ Robert J. Sullivan, Jr.
        _____
        Robert J. Sullivan, Jr.
        LAW OFFICES OF ROBERT SULLIVAN
        190 Main St.,  Westport, CT 06880
        Phone: 203/227-1404
        Fax: 203/226-6403
        Federal Bar No. CT08969
        E-mail: rjslaw@optonline.net; rjslawdl@optonline.net