UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DIRK EPPERSON and BETTY SCHNEIDER : <br> : <br> Plaintiffs : <br> v. : <br> : <br> IRVIN RICHTER, HILL INTERNATIONAL, INC., : <br> HILL ARTS & ENTERTAINMENT SYSTEMS, : <br> INC. n/k/a HAESI SOFTWARE, INC. : <br> Defendants : | No.3:01CV1798 (AWT) <br><br><br><br><br> April 14, 2008 |

---

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION IN LIMINE RE: COLLATERAL ESTOPPEL; MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, WALTER C. KING; MOTION IN LIMINE RE: PAROL EVIDENCE; and MOTION IN LIMINE RE: DEFENSE OF ALTER EGO AND FRAUDULENT CONVEYANCE CLAIMS**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to April 28, 2008 the time to respond to Defendants' refiled Motions In Limine Re: Collateral Estoppel; to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King and Motion in Limine Re: Parol Evidence, and Defendant's newly filed Motion in Limine Re: Defense of Alter Ego and Fraudulent Conveyance Claims. In support of this motion, plaintiffs represent:

1.      On February 25, 2008, a settlement proposal was made. Thereafter, due to out of country travel, undersigned counsel was unable to reach his clients to discuss said proposal.

ORAL ARGUMENT NOT REQUESTED

2.    Counsel has now discussed said proposal with his clients and another proposal has been formulated and transmitted.

3.    As the parties await a response, and, In the interest of preserving the resources needed to finalize the responses to said motions, undersigned counsel respectfully requests that the court enlarge, by two weeks, the time for Plaintiffs to respond to said motions to Monday, April 28, 2008 and the time for Defendants to reply, by three weeks, to June 11, 2008.

4.    Carolyn W. Kone, attorney for defendants Irvin Richter and Hill International, Inc., has no objection to the granting of this motion.

5.    This is Plaintiffs' seventh request to enlarge the time to respond to Defendants' newly-filed and refiled motions.

Respectfully submitted,
THE PLAINTIFFS

By  /s/ Robert J. Sullivan, Jr.
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, CT 06880
Tel. No. (203) 227-1404
Federal Bar Number CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 14, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

    /s/ Robert J. Sullivan, Jr.

    _____
    Robert J. Sullivan, Jr.
    LAW OFFICES OF ROBERT SULLIVAN
    190 Main St.,   Westport, CT 06880
    Phone:  203/227-1404
    Fax: 203/226-6403
    Federal Bar No. CT08969
    E-mail: rjslaw@optonline.net; rjslawdl@optonline.net