UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
DIRK EPPERSON and BETTY SCHNEIDER : 
                                         :   No.3:01CV1798 (AWT)
                 Plaintiffs    :
          v.                 :
                                           :
IRVIN RICHTER, HILL INTERNATIONAL, INC., :
HILL ARTS & ENTERTAINMENT SYSTEMS, :   April 28, 2008
INC. n/k/a HAESI SOFTWARE, INC.        :
                   Defendants   :
----------------------------------------------------------

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION IN LIMINE RE: COLLATERAL ESTOPPEL;  MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, WALTER C. KING; MOTION IN LIMINE RE: PAROL EVIDENCE; and MOTION IN LIMINE RE: DEFENSE OF ALTER EGO AND FRAUDULENT CONVEYANCE CLAIMS**

       Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to May 12, 2008  the time to respond to Defendants' refiled Motions In Limine Re: Collateral Estoppel; to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King and Motion in Limine Re: Parol Evidence, and Defendant's newly filed Motion in Limine Re: Defense of Alter Ego and Fraudulent Conveyance Claims.  In support of this motion, plaintiffs represent:

       1.     The parties have exchanged settlement proposals and a response to the most recent proposal is awaited.

ORAL ARGUMENT NOT REQUESTED

2.    In the interest of preserving the resources needed to finalize the responses to said motions, undersigned counsel respectfully requests that the court enlarge, by two weeks, the time for Plaintiffs to respond to said motions to Monday, May 12, 2008 and the time for Defendants to reply, also by two weeks, to June 25, 2008.

3.    Carolyn W. Kone, attorney for defendants Irvin Richter and Hill International, Inc., has no objection to the granting of this motion.

4.    This is Plaintiffs' eighth request to enlarge the time to respond to Defendants' newly-filed and refiled motions.

Respectfully submitted,
THE PLAINTIFFS


/s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

–2–

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.


      /s/ Robert J. Sullivan, Jr.

      _____

      Robert J. Sullivan, Jr.
      LAW OFFICES OF ROBERT SULLIVAN
      190 Main St.,   Westport, CT 06880
      Phone:  203/227-1404
      Fax: 203/226-6403
      Federal Bar No. CT08969
      E-mail: rjslaw@optonline.net; rjslawdl@optonline.net

–3–