UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DIRK EPPERSON and BETTY SCHNEIDER : | |
| : | No.3:01CV1798 (AWT) |
| Plaintiffs : | |
| v. : | |
| : | |
| IRVIN RICHTER, HILL INTERNATIONAL, INC., : | |
| HILL ARTS & ENTERTAINMENT SYSTEMS, : | May 14, 2008 |
| INC. n/k/a HAESI SOFTWARE, INC. : | |
| Defendants : | |

---

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION IN LIMINE RE: COLLATERAL ESTOPPEL;  MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, WALTER C. KING; MOTION IN LIMINE RE: PAROL EVIDENCE; and MOTION IN LIMINE RE: DEFENSE OF ALTER EGO AND FRAUDULENT CONVEYANCE CLAIMS**

Plaintiffs, by and through their undersigned counsel, respectfully request that the court extend to May 27, 2008  the time to respond to Defendants' refiled Motions In Limine Re: Collateral Estoppel; to Preclude the Testimony of Plaintiff's Expert Witness, Walter C. King and Motion in Limine Re: Parol Evidence, and Defendant's newly filed Motion in Limine Re: Defense of Alter Ego and Fraudulent Conveyance Claims.  In support of this motion, plaintiffs represent:

1.   As has been indicated to the court in several preceding motions to enlarge time, the partes have exchanged settlement offers.  During the past two weeks, it appears

ORAL ARGUMENT NOT REQUESTED

that the settlement talks may have come to an end. Although one more effort is planned, undersigned counsel presently intends to finalize responses to the motions, and respectfully requests that the court enlarge the deadline by two weeks, through and including Monday, May 27, 2008, with Defendants' reply to be due July 9, 2008.

2. Carolyn W. Kone, attorney for defendants Irvin Richter and Hill International, Inc., has no objection to the granting of this motion

3. This is Plaintiffs' ninth request to enlarge the time to respond to Defendants' newly-filed and refiled motions.

>Respectfully submitted,
>THE PLAINTIFFS
>
>  /s/ Robert J. Sullivan, Jr.
>By_____
>  Robert J. Sullivan, Jr.
>  LAW OFFICES OF ROBERT SULLIVAN
>  190 Main Street
>  Westport, CT 06880
>  Tel. No. (203) 227-1404
>  Federal Bar Number CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Robert J. Sullivan, Jr.
_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St., Westport, CT 06880
Phone: 203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: rjslaw@optonline.net; rjslawdl@optonline.net