UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DIRK EPPERSON and BETTY SCHNEIDER | : |
| | : No.3:01CV1798 (AWT) |
| Plaintiffs | : |
| v. | : |
| | : |
| IRVIN RICHTER, HILL INTERNATIONAL, INC., | : |
| HILL ARTS & ENTERTAINMENT SYSTEMS, | : May 27, 2008 |
| INC. n/k/a HAESI SOFTWARE, INC. | : |
| Defendants | : |

---

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE RE: COLLATERAL ESTOPPEL

Defendants have moved this court to preclude the further litigation of issues established by this court relating to loans made by Defendants Richter and Hill to HAESI. Plaintiffs do not intend to re-litigate issues decided by this court. More particularly, Plaintiffs to not intend to claim that the sums claimed by Hill and/or Richter to have been loans were not loans. Plaintiffs respectfully submit, therefore, that a stipulation with respect to this motion can be achieved.

For these reasons, plaintiffs respectfully request that the court set a date for hearing on this motion, in advance of which, undersigned counsel respectfully submits, a stipulation as to the many if not most of the issues identified by defendants can be achieved.

       Respectfully submitted,
       THE PLAINTIFFS


         /s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 27, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    /s/ Robert J. Sullivan, Jr.
_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St.,  Westport, CT 06880
Phone: 203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: rjslaw@optonline.net; rjslawdl@optonline.net