**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
DIRK EPPERSON and BETTY        :
SCHNEIDER,                     :
                               :
     Plaintiffs,               :
                               :
v.                             :   Civil No. 3:01CV01798(AWT)
                               :
IRVIN RICHTER, HILL            :
INTERNATIONAL, INC., HILL      :
ARTS & ENTERTAINMENT SYSTEMS,  :
INC. n/k/a HAESI SOFTWARE,     :
INC.                           :
                               :
     Defendants.               :
                               :
-------------------------------x
```

**SCHEDULING ORDER**

A bench trial will be held in this case from October 20, 2008 to October 29, 2008 in the South Courtroom, 450 Main Street, Hartford, Connecticut.

It is so ordered.

Dated this 4th day of June 2008, at Hartford, Connecticut.

                              /s/AWT
                         Alvin W. Thompson
                      United States District Judge