**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
DIRK EPPERSON and BETTY         :
SCHNEIDER,                      :
                                :
     Plaintiffs,                :
                                :
v.                              :    Civil No. 3:01CV01798(AWT)
                                :
IRVIN RICHTER, HILL             :
INTERNATIONAL, INC., HILL       :
ARTS & ENTERTAINMENT SYSTEMS,   :
INC. n/k/a HAESI SOFTWARE,      :
INC.                            :
                                :
     Defendants.                :
-------------------------------x
```

### RULING ON MOTION IN LIMINE RE: COLLATERAL ESTOPPEL

Defendants Irvin Richter and Hill International, Inc. (collectively "the Hill Defendants") spell out in detail the issues that have been previously litigated and decided in a prior related action. The plaintiffs suggest that the court hold a hearing in advance of which a stipulation as to "many if not most" of the issues identified by the Hill Defendants can be entered into by counsel, but fail to identify any issue where re-litigation would not be barred by the doctrine of collateral estoppel. Having reviewed the Hill Defendants' papers, it is not apparent to the court how any of the issues identified would not be subject to the doctrine of collateral estoppel. Therefore, the motion in limine should be granted.

Accordingly, Defendants' Motion in Limine Re: Collateral Estoppel (Doc. No. 168) is hereby GRANTED.

It is so ordered.

Dated this 25th day of July 2008 at Hartford, Connecticut.

                                     /s/AWT
                              Alvin W. Thompson
                           United States District Judge